UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRADLEY BRIGGS,

        **Plaintiff,**

  - v -                                          9:16-CV-1018

ANTHONY J. ANNUCCI, *et al.*,

        **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**DECISION & ORDER**

**I.    INTRODUCTION**

    This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Daniel J. Stewart, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Stewart's October 2, 2017 Report-Recommendation and Order [Dkt. # 26] have been filed, and the time to do so has expired.

**II.    DISCUSSION**

    After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**III.    CONCLUSION**

    Accordingly, the Court **ACCEPTS** the Report-Recommendation and Order [Dkt. # 26] for the reasons stated therein. Defendants' Motion to Dismiss and for Sanctions [Dkt. # 23]

1

is **GRANTED** and the action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: January 11, 2018

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge